

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00540-CR

| | | |
|---|---|---|
| WARREN GENE KEMP, Appellant | § | On Appeal from the 235th District Court |
| | § | |
| | | of Cooke County (CR17-00356) |
| V. | § | |
| | | March 26, 2020 |
| | § | |
| | | Opinion by Justice Birdwell |
| | § | |
| THE STATE OF TEXAS | | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and this case is remanded to the trial court for a new trial.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
　　　Justice Wade Birdwell